UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ROY TERRY SCOTT | * | CIVIL ACTION NO.  12-0730 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| CAROLYN COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

### RULING

Pending before the Court is a Petition for Attorney's Fees filed by Plaintiff Roy Terry Scott ("Scott"), pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  On May 17, 2013, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 29], recommending that the Court grant the Petition in part and deny the Petition in part.  On June 3, 2013, Scott filed objections [Doc. No. 30] to the Report and Recommendation.  On June 17, 2013, the Social Security Administration ("SSA") filed a response to the objections [Doc. No. 31].

Having fully reviewed the briefs and the record in this matter, the Court ADOPTS the Report and Recommendation of the Magistrate Judge.  The Court issues this Ruling to address only Scott's request for additional attorney's fees for briefing on this Petition.

Scott contends that he should receive additional compensation for time spent by counsel on researching and briefing since the Report and Recommendation issued.  Scott requests additional attorney's fees in the amount of $630.00 based on 4.2 hours of work at a rate of $150 per hour.  In support, Scott cites *Commissioner, Immigration and Naturalization Serv. v. Jean*,

495 U.S. 154 (1990), for the proposition that he may recover attorney's fees for these hours.

The SSA responds that counsel's expenditure of 4.2 hours of time to recover 1.4 hours of non-compensable time was "unnecessary and 'unduly and unreasonably protracted the final resolution of the matter in controversy.'" [Doc. No. 31 (quoting 28 U.S.C. § 2412(d)(1)(c))].

The Court agrees with the SSA that Scott should not be permitted to recover attorney's fees for the time spent researching and briefing following the Magistrate Judge's issuance of the Report and Recommendation. Scott is requesting attorney's fees of $630, which is three times the amount of the attorney's fees which the Magistrate Judge had excluded. Based on the facts in this case, Scott unreasonably protracted the final resolution of this matter pursuing 1.4 hours of attorney's fees for which he was not entitled to compensation. Accordingly, his request for these additional attorney's fees is DENIED.

For the foregoing reasons, Scott's Petition for Attorney Fees [Doc. No. 25] is hereby GRANTED IN PART and DENIED IN PART. The Petition is GRANTED to the extent that the Commissioner shall remit to Scott's counsel a check made payable to Roy Terry Scott for attorney's fees in the amount of $5,790.00 (38.6 hours at $150.00 per hour) plus expenses of $46.05. The Petition is otherwise is DENIED. Scott's additional request for attorney's fees, contained in his objections [Doc. No. 30] to the Report and Recommendation is DENIED.

MONROE, LOUISIANA, this 27th day of June, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE