UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ROY TERRY SCOTT | * | CIVIL ACTION NO. 12-0730 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| CAROLYN COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that Plaintiff's Petition for Attorney Fees [Doc. No. 25] is hereby GRANTED IN PART and DENIED IN PART.  The Petition is GRANTED to the extent that the Commissioner shall remit to Plaintiff's counsel a check made payable to Plaintiff Roy Terry Scott for attorney's fees in the amount of $5,790.00 (38.6 hours at $150.00 per hour) plus expenses of $46.05.  The Petition is otherwise DENIED.

IT IS FURTHER ORDERED that Plaintiff's additional request for attorney's fees, contained in his objections [Doc. No. 30] to the Report and Recommendation is DENIED.

MONROE, LOUISIANA, this 27th day of June, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE